LARME ESTATES, INC., Respondent, *v.* OMNICHROME CORPORATION, Appellant.

Submitted November 22, 1937; decided November 30, 1937.

Motion for a reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 426.)